**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Docket No. 3:19-mj-302-DCK** |
| | ) | |
| **v.** | ) | |
| | ) | *UNDER SEAL* |
| **(1) SHANEEKA CURRY** | ) | |
| **(2) MICHAEL JEROME WILSON** | ) | |
| | ) | |

## ORDER UNSEALING CRIMINAL COMPLAINT AND ARREST WARRANTS

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Unseal Criminal Complaint And Warrants" (Document No. 12) filed September 3, 2019 by the United States of America, seeking an order directing that the Criminal Complaint and the Arrest Warrants be unsealed, because the need to protect the secrecy of the investigation no longer exists,

**IT IS, THEREFORE, ORDERED** that the "Motion To Unseal Criminal Complaint And Warrants" (Document No. 12) is **GRANTED**, and the Criminal Complaint and the Arrest Warrants be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Steven.Kaufman@usdoj.gov).

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge